## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joel Colon, Task Force Officer, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), do hereby state that:

### INTRODUCTION

1. I am a Task Force Officer of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), San Juan, Puerto Rico and have been so for the past nine years. I am a graduate of the Puerto Rico Police Academy and possess an associate degree in criminal justice. I have been an Agent of the Puerto Rico Police Department for the last twenty-four years, in which I conducted investigations dealing with firearms, drugs, homicides, intelligence and other crimes. Through training, investigations, and experience, I have taken part in cases relating to the trafficking of firearms, the use and possession of firearms by persons prohibited by law, and the possession of illegal firearms. The details and information stated herein are a compilation of facts and events investigated by me and other Law Enforcement Officers, who investigated and confirmed their veracity or overseen their development. I have drafted this affidavit for the limited purpose of establishing probable cause violations of law; therefore, I have not included all of the facts of this investigation.

2. The details and information stated herein are based on my training, experience, and personal knowledge and compilation of facts and events investigated by me and other Law Enforcement Officers who investigated and confirmed their veracity or oversaw their development. I have drafted this affidavit for the limited purpose of establishing probable cause that Wilner **MOLINA-PEREZ** violated Title 18, United States Code, Section 922(g)(1) (possession of a firearm and

1

ammunition by a prohibited person). Therefore, I have not included all of the facts of this investigation.

## FACTS SUPPORTING PROBABLE CAUSE

3. On or about November 6, 2025, at approximately 12:00 p.m., ATF consulted a case with Agents from the Puerto Rico Police Department (PRPD) Precinct located in Naranjito, PR.

4. According to PRPD Agents, on November 6, 2025, at approximately 1:57 a.m., PRPD Agents were patrolling on Road 5 intersection Road 826 in Naranjito, PR, when they noticed that there was a vehicle stopped in the middle of the intersection. Agents proceeded to turn on their lights and siren signaling the driver. The vehicle is described as a white Toyota Corolla with PR Tag: KSN157.

5. The agents approached the driver's side of the vehicle and observed the windows were lowered and the driver and sole occupant of the vehicle, later identified by PRPD Agents as Wilner **MOLINA-PEREZ** also known as "Wilmer **MOLINA-PEREZ**" (hereafter referred to as **MOLINA-PEREZ**), appeared to be asleep behind the wheel. PRPD Agents noticed that **MOLINA-PEREZ** had a firearm on the seat between his legs. PRPD Agents knocked on the driver side door in an attempt to wake **MOLINA-PEREZ** up. **MOLINA-PEREZ** woke up and Agents asked if he had a Puerto Rico firearms license. **MOLINA-PEREZ** replied "no". PRPD Agents proceeded to give **MOLINA-PEREZ** verbal commands while they opened the driver side door and placed him under arrest.

6. After **MOLINA-PEREZ** was arrested, from the seat where he had been seating, PRPD Agents seized a Glock, Model: 19X, beige in color, caliber 9mm, bearing serial number CBVH737 loaded with seventeen (17) rounds of 9mm ammunition, one of these in the chamber.

7. On November 6, 2025, ATF Agents conducted a custodial interview of **MOLINA-PEREZ** at PRPD Precinct in Naranjito, PR. ATF Agents read **MOLINA-PEREZ** his Miranda Rights and Warnings in the Spanish language. **MOLINA-PEREZ** indicated he understood his rights, but he would only speak with authorities having his lawyer present. The interview was terminated.

8. Record checks revealed that Wilmer **MOLINA-PEREZ** was previously convicted of federal felony offenses and served more than one year in prison in relation to another case investigated by ATF. Specifically, he was convicted of violating 18 U.S.C. 924(c) and 21 U.S.C. 841(a) in criminal case 17-260(DRD). His Plea Agreement specified that these were felony offenses punishable by more than one year in prison and he was sentenced to serve 60 months and 1 hour in prison. Thus, he was aware that he was convicted for a crime punishable by more than one year in prison.

9. Given the slight name difference with the prior case, your affiant checked the identifiers and booking photos for this prior ATF case and confirmed that Wilner **MOLINA-PEREZ** is the same person that was previously charged and convicted in case 17-260(DRD) under the name Wilmer **MOLINA-PEREZ**.

10. No firearms or ammunitions are manufactured in Puerto Rico. Therefore, the beige, Glock, Model: 19X, beige in color, caliber 9mm, bearing serial number CBVH737 that **MOLINA-PEREZ** possessed would have travelled in foreign or interstate commerce to arrive and be possessed in Puerto Rico.

## CONCLUSION

11. Based on the above facts, I respectfully submit there is probable cause to believe that Wilner MOLINA-PEREZ, aka Wilmer Molina-Perez, violated Title 18, United States Code, Section 922(g)(1) (possession of a firearm and ammunition by a prohibited person).

    I hereby declare, under penalty of perjury, that the information contained in this Affidavit is known to be true and correct to best of my knowledge.

> JOEL COLON-JUSTINIANO (Affiliate)
> Digitally signed by JOEL COLON-JUSTINIANO (Affiliate)
> Date: 2025.11.06 19:08:43 -04'00'
>
> Joel Colon Justiniano
> Task Force Officer
> Bureau of Alcohol, Tobacco,
> Firearms and Explosives

Subscribed and sworn pursuant to FRCP 4.1 at _11:02 AM_ by telephone, this _7th_ day of November, 2025.

Marshal D. Morgan
United States Magistrate Judge
United States District Court
District of Puerto Rico